Walter Guion, Atty. Gen., and Hubert Nicholls Wax, Dist. Atty. (Lewis , Guion, of counsel) for the State. Thomas Jones Kernan and Laycock & Beale,. for appellee.

MONROE, J. The questions here presented have been fully considered in the case of State v. McClendon (this day decided) 43 South. 417[1]; and, for the reasons assigned in that case, the judgment herein appealed from is affirmed.

<hr>

(43 South. 421.)

No. 16,520.

STATE v. AIKENS et al.

(April 1, 1907.)

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; Harney Félix Brunot, Judge.

Will Aikens and Jerry Holmes were indicted for crime. Motion to quash sustained, and the state appeals. Affirmed.

Walter Guion, Atty. Gen., and Hubert Nicholls Wax, Dist. Atty. (Lewis Guion, of counsel), for the State. Edward Elliott Wall, Thomas J. Kernan, and Laycock & Beale, for appellee.

MONROE, J. The questions here presented have been fully considered in the case of State v. McClendon. (this day decided) 43 South. 417[1]; and, for the reasons assigned in that case, the judgment herein appealed from is affirmed.